| | |
|---|---|
| **HANSON BRIDGETT LLP** | **D. LAW, INC.** |
| DIANE MARIE O'MALLEY, SBN 139166 | DAVID YEREMIAN, SBN 226337 |
| domalley@hansonbridgett.com | d.yeremian@d.law |
| JOSUE R. APARICIO, SBN 322750 | ALVIN B. LINDSAY, SBN 220236 |
| japaricio@hansonbridgett.com | a.lindsay@d.law |
| JENNIFER A. PUZA, SBN 340221 | TANIA FONSECA, SBN 309927 |
| jpuza@hansonbridgett.com | t.fonseca@d.law |
| 425 Market Street, 26th Floor | 450 N Brand Blvd., Suite 840 |
| San Francisco, California 94105 | Glendale, CA 91203 |
| Telephone: (415) 777-3200 | Telephone: (818) 962-6465 |
| Facsimile: (415) 541-9366 | Facsimile: (818) 962-6469 |

*Attorneys for Defendants*
KOELSCH SENIOR COMMUNITIES, LLC; and
FRESNO MEMORY CARE, LLC

*Attorneys for Plaintiff*
BESSIE R. FITE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BESSIE R. FITE, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOELSCH SENIOR COMMUNITIES, LLC, a Washington limited liability company; FRESNO MEMORY CARE, LLC, a Delaware limited liability company; CEDARBROOK MEMORY CARE COMMUNITY, a California business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02055-TLN-SCR<br><br>**ORDER GRANTING PARTIES' STIPULATION TO HOLD MOTION TO COMPEL ARBITRATION IN ABEYANCE PENDING PARTIES' SECOND MEDIATION**<br><br>**Judge**: Hon. Troy L. Nunley<br><br>(Sacramento County Superior Court Case No. 23CV006509)<br><br>**Action Filed**: August 10, 2023<br>**Action Removed**: September 21, 2023 |

**ORDER**

The Court, having reviewed the Parties' Stipulation to Hold Defendant's Motion to Compel Arbitration in Abeyance Pending the Parties' Second Mediation, orders as follows:

**1.** Defendant's Motion to Compel Arbitration shall be held in abeyance for one-hundred and eighty (180) days;

**2.** The Court will not issue a ruling on Defendant's Motion to Compel Arbitration until Defendant re-notices the Motion and files a Reply no less than fourteen (14) calendar days prior to the continued hearing date for said Motion.

**IT IS SO ORDERED**.

DATED:  October 1, 2024

_____
Troy L. Nunley
Chief United States District Judge