D.LAW, INC.
ALVIN B. LINDSAY, SBN 220236
a.lindsay@d.law
ENOCH J. KIM, SBN 261146
e.kim@d.law
ANTONIA BLIZNETS, SBN 344511
a.bliznets@d.law
250 N Madison Ave., 2nd Floor
Pasadena, CA 91101
Telephone:   (818) 962-6465
Facsimile:    (818) 962-6469

*Attorneys for Plaintiff*
BESSIE R. FITE, on behalf of herself
And others similarly situated

**Additional Counsel Listed On Next Page**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BESSIE R. FITE, an individual, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KOELSCH SENIOR COMMUNITIES, LLC, a Washington limited liability company; FRESNO MEMORY CARE, LLC, a Delaware limited liability company; CEDARBROOK MEMORY CARE COMMUNITY, a California business entity, form unknown; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02055-TLN-DB<br>(*Assigned to Hon. Troy L. Nunley)*<br><br>**JOINT RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CASE; ORDER**<br><br>**(Sacramento County Superior Court Case No. 23CV006509)**<br><br>**Action Filed**:　　August 10, 2023<br>**Action Removed:**　　September 21, 2023 |

Case No. 2:23-cv-02055-TLN-DB

JOINT RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CASE; ORDER

HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY, SBN 139166
domalley@hansonbridgett.com
JOSUE R. APARICIO, SBN 322750
japaricio@hansonbridgett.com
JENNIFER A. PUZA, SBN 340221
jpuza@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Defendants*
KOELSCH SENIOR COMMUNITIES,
LLC; and FRESNO MEMORY CARE,
LLC

-1-                    Case No. 2:23-cv-02055-TLN-DB

JOINT RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CASE; ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff BESSIE R. FITE ("Plaintiff" or "Fite") and Defendants KOELSCH SENIOR COMMUNITIES, LLC and FRESNO MEMORY CARE, LLC ("Defendants") (collectively "the Parties"), by and through their counsel of record hereby submit the following joint stipulation of voluntary dismissal of the instant action *Bessie R. Fite v. Koelsch Senior Communities, LLC et al*., No. 2:23-cv-02055-TLN-DB (E.D. Cal.) and proposed order:

WHEREAS, the Parties entered into a class and Private Attorneys General Act, Labor Code § 2699, *et seq*. ("PAGA") settlement agreement ("Settlement"), which received final approval on February 20, 2026, in Sacramento County Superior Court in the related case entitled *Fite v. Koelsch Senior Communities, LLC*, Case No. 23CV010084.

WHEREAS, Defendants fully funded the Settlement on April 1, 2026, and class and PAGA payments were disbursed to members of the class and PAGA group on April 13, 2026.

WHEREAS, Defendants have fulfilled all of their obligations under the Settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.     Plaintiff hereby voluntarily dismisses with prejudice her individual claims against Defendants;

2.     Plaintiff hereby voluntarily dismisses without prejudice all purported class claims in the instant action against Defendants;

3.     This dismissal is without an award of attorneys' fees, interest, or costs to any party as between Plaintiff and Defendants, as each side will bear their own attorneys' fees and costs except as provided for under the Settlement.

IT IS SO STIPULATED.

DATED:  May 1, 2026                    D.LAW, INC.

By: _____/s/ Antonia McKee_____
ALVIN B. LINDSAY
ENOCH J. KIM
ANTONIA BLIZNETS
*Attorneys for Plaintiff*
BESSIE R. FITE
and all others similarly aggrieved

DATED:  May 3, 2026                    HANSON BRIDGETT LLP

By: _____/s/ Josue Aparicio_____
DIANE MARIE O'MALLEY
JOSUE R. APARICIO
JENNIFER A. PUZA
*Attorneys for Defendants*
KOELSCH SENIOR COMMUNITIES,
LLC; and FRESNO MEMORY CARE,
LLC

-3-                                    Case No. 2:23-cv-02055-TLN-DB

JOINT RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CASE; ORDER

# **ORDER**

The parties have stipulated to dismiss the action with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's class claims with each party bearing their own fees and costs. The stipulation of dismissal does not impact the rights of the class.

Federal Rules of Civil Procedure 41 permits the plaintiff to dismiss an action without a court order "by filing…a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: May 5, 2026

_____
Troy L. Nunley
Chief United States District Judge

-4-                                  Case No. 2:23-cv-02055-TLN-DB

JOINT RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CASE; ORDER